UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

| | |
|---|---|
| VINCENT DANG, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> AMARIN CORPORATION PLC, *et al.*, <br><br> Defendants. | Civ. No. 21-19212 (GC) (TJB) <br><br> **ORDER** |
| TODD DORFMAN, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> AMARIN CORPORATION PLC, *et al.*, <br><br> Defendants. | Civ. No. 21-19911 (GC) (TJB) <br><br> **ORDER** |

CASTNER, District Judge

THIS MATTER having come before the Court upon the Motions to Consolidate Related Actions, for Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Counsel, filed in *Vincent Dang, Individually and on Behalf of All Others Similarly Situated v. Amarin Corporation PLC, et al.* (Civ. No. 21-19212) by 1199 SEIU Health Care Employees Pension Fund (the "Pension Fund") (ECF No. 15); Dennis and Kimberly Franks, Raymond J. Kosmider, Igor Priven, and Karèn Avanesov (the "Amarin Group") (ECF No. 16); Pawel Terlecki ("Terlecki") (ECF No. 17); and Vincent Dang ("Dang") (ECF No. 18); and the Motion to

1

Consolidate Related Actions, for Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Counsel, filed in *Todd Dorfman, Individually and on Behalf of All Others Similarly Situated v. Amarin Corporation PLC, et al.* (Civ. No. 21-19911) by the Pension Fund (ECF No. 12); the Court, having reviewed the submissions of all parties in connection with the pending motions and having held oral argument with the parties on October 20, 2022; for the reasons set forth in the Opinion filed on this same day; and for good cause shown,

**IT IS** on this 27th day of October, 2022,

**ORDERED AS FOLLOWS:**

1. The above-captioned cases, *Dang v. Amarin Corporation PLC, et al.* (Civ. No. 21-19212), and *Dorfman v. Amarin Corporation PLC, et al.* (Civ. No. 21-19911) are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a);

2. These actions shall be referred to herein as the "Consolidated Actions." This Order shall apply to the Consolidated Actions and to any case that is subsequently filed in this Court that relates to the same subject matter as the Consolidated Actions. The Consolidated Actions shall bear the caption *Dang v. Amarin Corporation PLC, et al.* (Civ. No. 21-19212).

3. The Motions filed by the Pension Fund in *Dang v. Amarin Corporation PLC, et al.* (Civ. No. 21-19212) (ECF No. 15) and *Dorfman v. Amarin Corporation PLC, et al.* (Civ. No. 21-19911) (ECF No. 12) are **GRANTED**;

4. The Pension Fund is hereby appointed as Lead Plaintiff in the Consolidated Actions; and

2

5. The law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed as Lead Counsel in the Consolidated Actions; and

6. The Motions filed in *Dang v. Amarin Corporation PLC, et al.* (Civ. No. 21-19212) by the Amarin Group (ECF No. 16), Terlecki (ECF No. 17), and Dang (ECF No. 18) are **DENIED**.

**SO ORDERED.**

*/s/ Georgette Castner*
**GEORGETTE CASTNER**
**United States District Judge**

3